# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMANUEL MORENO<br><br>　　　　Defendant. | Case No.: 13-CR-00458 YGR<br><br>**ORDER DENYING MOTION FOR JUDICIAL RECOMMENDATION FOR LENGTH OF HALFWAY HOUSE/RRC PLACEMENT** |

Defendant Amanuel Moreno brings brings this motion for Judicial Recommendation for Length of Halfway House/RRC Placement. (Dkt. No. 24.) Moreno, representing himself pro se, moves for this Court to make a Judicial Recommendation to the Bureau of Prisons that Moreno that Moreno be allowed to serve the final twelve months of his sentence in a residential re-entry placement (also known as a "halfway house").

On February 6, 2014, Moreno pleaded guilty to five counts of bank robbery and two counts of attempted bank robbery. (Dkt. No. 22.) This Court sentenced Moreno to be committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 70 months. (*Id*.)

Having carefully considered the motion submitted, the Court hereby **DENIES** the Motion.

Defendant has provided the Court with no basis upon which to make such a recommendation.

This terminates Docket No. 24.

**IT IS SO ORDERED**.

Date:　May 30, 2017

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**